UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. 14-2006    Caption: Berry, et al. and LexisNexis et al. v. Adam E. Schulman

Pursuant to FRAP 26.1 and Local Rule 26.1,

Reed Elsevier Inc.
(name of party/amicus)


who is   appellee   , makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☒ NO

2. Does party/amicus have any parent corporations?  ☒ YES ☐ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   > The following entities are parent companies of Reed Elsevier Inc.: Reed Elsevier U.S. Holdings Inc., Reed Elsevier Overseas BV, Reed Elsevier Holdings BV, Reed Elsevier (Holdings) Ltd. and Reed Elsevier Group plc. The parent companies of Reed Elsevier Group plc are publicly traded companies Reed Elsevier PLC (LSE: REL; NYSE: RUK) and Reed Elsevier NV (Euronext: REN, NYSE, ENL).

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☐ YES ☒ NO
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? ☐ YES ☒ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☒ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐ YES ☒ NO
If yes, identify any trustee and the members of any creditors' committee:

Signature: s/ Ronald I. Raether, Jr.        Date: October 8, 2014

Counsel for: Reed Elsevier Inc.

## CERTIFICATE OF SERVICE
************************

I certify that on October 8, 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

See attached.

_____        OCT 8, 2014
(signature)                    (date)

# CERTIFICATE OF SERVICE

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212

Leonard A. Bennett
Matthew Erausquin
Susan M. Rotkis
Janelle E. Mason
Consumer Litigation Associates P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606

Michael A. Caddell
Cynthia B. Chapman
Craig C. Marchiando
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010

James A. Francis
Mark D. Mailman
John Soumilas
David A. Searles
Erin A. Novak
Francis & Mailman
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

Attorneys for Plaintiffs Gregory Thomas Berry, Summer Darbonne, Rickey Millen, Shamoon Saeed, Arthur B. Hernandez, Erika A. Godfrey and Timothy Owen


Adam E. Schulman
Center for Class Action Fairness
1718 M. Street NW #236
Washington, DC 20036
*Pro Se*

Charles Bennett Molster, III
WINSTON & STRAWN LLP
1700 K St. NW
Washington, DC 20006

Samuel Issacharoff
40 Washington Square South
411J
New York, NY 10012

William Paul Ferranti
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601-9703

Richard Monroe Paul III
PAUL McINNES LLP
2000 Baltimore Avenue
Suite 100
Kansas City, MO 64108

Attorneys for Megan Christina Aaron, et al.

888078.1